1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  CAROLYN SILANE (NYBN 4596235)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-6973
7       Facsimile: (415) 436-7234
        E-Mail: carolyn.silane@usdoj.gov
8
   Attorneys for Plaintiff
9

10                           UNITED STATES DISTRICT COURT

11                          NORTHERN DISTRICT OF CALIFORNIA

12                                SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,           )   No. CR 12-0721 MMC
14                                     )
           Plaintiff,                  )
15                                     )
           v.                          )   **STIPULATION AND [**PROPOSED**]**
16                                     )   **ORDER EXCLUDING TIME UNDER**
   PRITESH PATEL,                      )   **18 U.S.C. § 3161**
17                                     )
           Defendant.                  )
18  _____  )

19

20       On October 25, 2012, the parties in this case appeared before the Court. At that time, the

21  Court set the matter to November 14, 2012. For the reasons stated during the hearing, the parties

22  have agreed to exclude the period of time between October 25, 2012 and November 14, 2012

23  from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting

24  the exclusion would allow the reasonable time necessary for effective preparation of counsel.

25  *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by

26  granting such an exclusion of time outweigh the best interests of the public and the defendant in

27  a speedy trial. 18 U.S.C. § 3161(h)(7)(A). At the hearing, the Court made findings consistent

28  with this agreement.

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0721 MMC

SO STIPULATED:

                                        MELINDA HAAG
                                        United States Attorney

DATED: October 25, 2012                 _____/s/_____
                                        CAROLYN SILANE
                                        Special Assistant United States Attorney

DATED: October 25, 2012                 _____/s/_____
                                        JAI GOHEL
                                        Attorney for PRITESH PATEL

[~~PROPOSED~~] ORDER

For the reasons stated above and at the October 25, 2012 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from October 25, 2012 and November 14, 2012 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 10/30/12



THE HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 12-0721 MMC